On the organization of the COURTS OF JUSTICE under the Constitution established by the General Convention, elected for that purpose, and held at Philadelphia, July 15th, 1776, and continued by adjournments to September 28th, 1776, the following appointments took place :

The Hon. THOMAS McKEAN, Esquire, LL.D., was appointed Chief Justice of the Supreme Court, on the 28th day of July 1777.

The Hon. WILLIAM AUGUSTUS ATLEE, Esquire, was appointed a Judge of the Supreme Court, on the 15th day of August 1777.

The Hon. JOHN EVANS, Esquire, was appointed a Judge of the Supreme Court, on the 15th day of August 1777.

Jonathan Dickinson Sergeant, Esquire, was appointed Attorney-General on the 28th day of July 1777.

Edward Burd, Esquire, was appointed Prothonotary of the Supreme Court, on the 12th day of August 1778.

## COURT OF OYER AND TERMINER,
### AT PHILADELPHIA.

SEPTEMBER SESSIONS, 1778.

**Before McKEAN, Chief Justice, ATLEE and EVANS, Justices.**

RESPUBLICA *v.* MOLDER *et al.*

*Trials for treason.*

AFTER full argument by *Wilson, Ross* and *Lewis*, counsel for Joshua Molder and John Taylor, indicted for treason, and by the *Attorney-General* and *Reed*, in behalf of this Commonwealth—

1 DALL.—3                                                                33

Respublica v. Malin.

It is ruled, BY THE COURT, That every person accused, or indicted of *high treason*, shall have a copy of the whole indictment (but not the names of the witnesses), a reasonable time, not less than one day before the trial; his attorney, counsel or agent requiring the same, and paying reasonable fees therefor; and shall also be furnished with a copy of the panel of the jurors who are to try him, duly returned by the sheriff, and delivered to him, or his counsel, a reasonable time, not less than one day, before his trial.(*a*)

---

(*a*) See United States *v.* The Insurgents, 2 Dall. 335; United States *v.* Stewart, Id 343.